UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>YAOWAPHA RITDET and<br>STEVE WALTER,<br><br>      Defendants. | Case Nos. 14-cr-00215-EMC and<br>         12 mj-70464<br><br>[PROPOSED] ORDER UNSEALING<br>SEARCH WARRANT DOCUMENTS |

Upon consideration of the stipulation filed by the parties in *United States v. Ritdet et al.*, CR 14-215 EMC,

IT IS HEREBY ORDERED THAT the search warrants, applications and affidavits related to the searches executed at Walter Café, 920 North State Street, Ukiah, California, Ruen Tong Thai Cuisine, 801 North State Street, Ukiah, California, and 479 North Oak Street, Ukiah, California, are unsealed for the limited purpose of allowing the United States to provide them to the defendants.

Dated: February 24, 2016

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

13633445.1