EMILY J. KINGSTON (State Bar No. 184752)
E-Mail:      *ekingston@sideman.com*
JAY R. WEILL (State Bar No. 75434)
E-Mail:      *jweill@sideman.com*
ANDREW R. J. MUIR (State Bar No. 284817)
E-Mail:      *amuir@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:   (415) 392-1960
Facsimile:   (415) 392-0827

Attorneys for Yaowapha Ritdet

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YAOWAPHA RITDET AND STEVE WALTER,<br><br>Defendants. | Case No. CASE NO. CR 14-215 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND STATUS CONFERENCE DATE FROM MAY 25, 2016 TO JUNE 1, 2016** |

This matter is currently set for a Status Conference on Wednesday, May 25, 2016 at 2:30 p.m. On May 18, 2016, the Government provided to Defendant Yaowapha Ritdet a proposed Plea Agreement, followed by a slightly revised proposed Plea Agreement on May 19, 2016, to correct an error in the draft provided on May 18, 2016.

In order for Ms. Ritdet to understand the terms of the proposed Plea Agreement, it is necessary that it be translated into Thai by a Court Registered Thai Interpreter, and then transmitted to Ms. Ritdet for her review, followed by a discussion with Ms. Ritdet and her counsel with the assistance of a Court Registered Thai Interpreter, and then a follow-up translation of the proposed Plea Agreement into English by the Court Registered Thai Interpreter.

Counsel for Ms. Ritdet contacted Benjawan Poomsan Terlecky, a Court Registered Thai Interpreter, who has assisted Ms. Ritdet and her Counsel, both in and out of Court and who is the

most familiar with the issues in this case. She also assisted Ms. Ritdet and her Counsel in translating a prior proposed Plea Agreement for Ms. Ritdet's review and in communicating with Counsel Ms. Ritdet's questions and concerns. Ms. Terlecky has been present many times before this Court to assist Ms. Ritdet in understanding the course of the proceedings.

Based on Ms. Terlecky's familiarity with the matter, May 19, 2016, Counsel for Ms. Ritdet contacted Ms. Terlecky to request her assistance in translating the most recent Plea offer from the government. Ms. Terlecky advised that she was going out of town on May 19, 2016, but would be able to make the translation of the new Plea Agreement by Tuesday, May 24, 2016, just one day before the currently scheduled Status Conference. Having a hearing the next day would provide insufficient time for Ms. Ritdet to review the translated draft and insufficient time for her Counsel to discuss the terms of the proposed Plea Agreement to determine whether she would willing to accept its terms, but that one additional week would provide sufficient time for this process to be completed. Ms. Ritdet's Counsel has spoken with both the government about this timing issue as well as with Adam Pennella, Counsel for Ms. Ritdet's co-defendant and husband, Steve Walter. All parties are in agreement that a one-week extension under the circumstances is appropriate.

Accordingly, the Parties in the above-captioned case hereby stipulate and jointly respectfully request,

1. That the Status Conference currently set for Wednesday, May 15, 2016 be set over to Wednesday, June 1, 2016 at 2:30; and

2. That, to the extent necessary, the period of delay from May 25, 2016 through June 1, 2016, be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv), as the ends of justice served by this extension allow for effective preparation, continuity of counsel and adequate trial preparation, which outweigh the best interests of the public and the Defendants in a speedy trial.

| | | |
|---|---|---|
| 1 | DATED: May 20, 2016 | Respectfully submitted, |
| 2 | | SIDEMAN & BANCROFT LLP |
| 4 | | By:     /s/EMILY J. KINGSTON |
| 5 | | EMILY J. KINGSTON |
| | | JAY R. WEILL |
| | | ANDREW R. J. MUIR |
| 6 | | Attorneys for Defendant Yaowapha Ritdet |
| 7 | DATED: May 20, 2016 | BRIAN STRETCH |
| 8 | | Acting United States Attorney |
| 10 | | By:     /s/JOSE A. OLIVERA |
| | | JOSE A. OLIVERA |
| 11 | | Assistant United States Attorney |
| | | Tax Division |
| 12 | | Attorney for Plaintiff United States of America |
| 13 | DATED: May 20, 2016 | Wolf, Pennella & Stevens, LLP |
| 16 | | By:     /s/ADAM PENNELLA |
| | | ADAM PENNELLA |
| | | JAMES STEVENS |
| 17 | | Attorneys for Defendant Steve Walter |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND STATUS CONFERENCE DATE FROM MAY 25, 2016 TO JUNE 1, 2016**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YAOWAPHA RITDET AND STEVE WALTER,<br><br>　　　　Defendants. | Case No. CASE NO. CR 14-215 EMC<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE STATUS CONFERENCE DATE FROM MAY 25, 2016 TO JUNE 1, 2016 |

For the reasons stated by the parties in their Stipulation, the Court finds that the ends of justice are served by:

1. Extending the date for the Status Conference from May 25, 2016 to June 1, 2016, to allow the Court Registered Thai Interpreter sufficient time in which to translate into Thai and transmit the government's proposed Plea Agreement to Ms. Ritdet for her review and comments, and for Ms. Ritdet and her Counsel, with the assistance of the Court Registered Thai Interpreter, to discuss the terms of the proposed Plea Agreement and to determine whether Ms. Ritdet will agree to its terms; and

2. Excluding the period of delay from May 25, 2016 through June 1, 2016, in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A) and (h)(7)(B)(iv), as the ends of justice served by this exclusion allow for effective preparation, continuity of counsel and adequate trial preparation, which outweigh the best interests of the public and the Defendants in a speedy trial.

IT IS HEREBY ORDERED that the Status Conference currently set for May 15, 2016, at 2:30 p.m. shall be continued to June 1, 2016 at 2:30 p.m.

IT IS FINALLY HEREBY ORDERED that the period of delay from May 25, 2016 to June 1, shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A) and (h)(7)(B)(iv), as the ends of justice served by this exclusion allow for effective preparation, continuity of counsel and adequate trial preparation, which outweigh the

best interests of the public and the Defendants in a speedy trial.

DATED:    May 20    , 2016

_____
JUDGE EDWARD M. CHEN

8425-1\2898079v1